# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONICA WILLIAMS on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>LIVE WELL FINANCIAL, INC.,<br><br>        Defendant. | Civil Action No. 1:19-cv-00868-CFC |

## DEFENDANT'S NOTICE OF SUGGESTION OF BANKRUPTCY

Notice is hereby given that an involuntary chapter 7 bankruptcy case was initiated by petitioning creditors on June 10, 2019 against Live Well Financial, Inc., Defendant in the above-named case. A copy of the Notice of Bankruptcy filing is attached as Exhibit 1.

Dated: June 17, 2019

OF COUNSEL:

Andrew P. Sherrod
J. Benjamin English
Hirschler Fleischer
The Edgeworth Building
2100 East Cary Street
P.O. Box 500
(804) 771-9500
asherrod@hirschlerlaw.com
benglish@hirschlerlaw.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (No. 4952)
600 N. King Street, Suite 400
Wilmington, DE 19899
(302) 655-5000
sbrauerman@bayardlaw.com

*Attorney for Defendant Live Well Financial, Inc.*