IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONICA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 19-868-CFC |
| | ) |
| LIVE WELL FINANCIAL, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 28th day of June, 2019, defendant having filed a suggestion of bankruptcy on June 17, 2019;

IT IS ORDERED that the case is stayed and the telephonic scheduling conference set for July 8, 2019 is cancelled.

IT IS FURTHER ORDERED that, on or before, **August 1, 2019**, the parties shall submit a status report.  Further status reports shall be submitted every three months until the parties advise the Court that the stay may be lifted.

_____
United States District Judge