IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONICA WILLIAMS on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff.<br>v.<br><br>LIVE WELL FINANCIAL, INC.,<br><br>　　　　　　　　　Defendant. | Case No.: 19-cv-00868-CFC<br><br>**JOINT STATUS REPORT**<br><br>**Next Status Report Due: November 1, 2019** |

　　　　Pursuant to the Court's order of June 28, 2019 [Dkt. No. 10], Monica Williams on behalf of herself and all others similarly situated (the "Plaintiff") and Live Well Financial, Inc. (the "Defendant" or "Debtor") (together the "Parties") hereby submit the following joint status report:

　　　　1.　　On May 8, 2019, the Plaintiff filed a Class Action Complaint [Dkt. No. 1] in this Court alleging violations of the Workers Adjustment and Retraining Notification Act ("WARN Act"), 29 U.S.C. § 2101 *et seq.*, and the California Labor Code § 1400 *et seq.* ("CAL-WARN Act") (the "District Court Action").

　　　　2.　　On June 6, 2019, the Defendant filed an Answer [Dkt. No. 7] to the District Court Action.

　　　　3.　　On June 10, 2019, an involuntary petition was filed against Debtor for relief under chapter 7 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") [Bankr. Case No. 19-11317-LSS]. A suggestion of bankruptcy was filed with this Court on June 17, 2019 [Dkt. No. 9]. On July 1, 2019, the Bankruptcy Court entered the Order for Relief in the Debtor's bankruptcy case. Also on July 1, 2019, David W. Carickhoff was appointed as the chapter 7 trustee for the Debtor's bankruptcy estate.

4. On June 18, 2019, the Plaintiff filed her class action adversary proceeding complaint for alleged violation of the WARN Act and the CAL-WARN Act against Live Well Financial, Inc. in the Bankruptcy Court [Adv. Proc. No. 19-ap-50262-LSS] (the "Adversary Proceeding").

5. Beginning on June 28, 2019, the District Court Action was stayed in light of the Defendant's bankruptcy proceeding [District Court Dkt. No. 10]. This Court ordered the parties to submit a status report on August 1, 2019 and every three months thereafter until the Parties advise the Court that the stay may be lifted.

6. Defendant's answer/response to Plaintiff's Complaint in the Adversary Proceeding currently is due on August 12, 2019 and a Pretrial Conference before the Bankruptcy Court currently is scheduled for October 10, 2019 [Adv. Proc. Dkt. No. 3].

Dated: August 2, 2019

                          Respectfully submitted,

By:   /s/ *Christopher D. Loizides*
       Christopher D. Loizides (No. 3968)
       **LOIZIDES, P.A.**
       1225 King Street, Suite 800
       Wilmington, Delaware 19801
       Telephone: (302) 654-0248
       Facsimile: (302) 654-0728
       E-mail: loizides@loizides.com

       Jack A. Raisner (admitted pro hac vice)
       René S. Roupinian (admitted pro hac vice)
       **OUTTEN & GOLDEN LLP**
       685 Third Avenue, 25th Floor
       New York, New York 10017
       Tel.: (212) 245-1000
       Email: rsr@outtengolden.com
       Email: jar@outtengolden.com

       *Attorneys for Plaintiff and the putative Class*

By:     */s/ Alan M. Root*
        Alan M. Root (No. 5427)
        **ARCHER & GREINER, P.C.**
        300 Delaware Avenue, Suite 1100
        Wilmington, Delaware 19801
        Telephone: (302) 777-4350
        Facsimile: (302) 777-4352
        Email: aroot@archerlaw.com

        *Proposed General Bankruptcy Counsel for*
        *David W. Carickhoff, Chapter 7 Trustee*