**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MONICA WILLIAMS on behalf of herself and all others similarly situated,<br><br>      Plaintiff.<br>v.<br><br>LIVE WELL FINANCIAL, INC,<br><br>      Defendant. | Case No.: 19-cv-00868-CFC<br><br>**JOINT STATUS REPORT** |

  Pursuant to the Court's order of July 21, 2021, Monica Williams on behalf of herself and all others similarly situated ("Plaintiff") and Live Well Financial, Inc. ("Defendant" or "Debtor") (together the "Parties") hereby submit the following joint status report:

  1. On May 8, 2019, Plaintiff filed a Class Action Complaint [Dkt. No. 1] in this Court alleging violations of the Workers Adjustment and Retraining Notification Act ("WARN Act"), 29 U.S.C. § 2101 *et seq.*, and the California Labor Code § 1400 *et seq*. ("CAL-WARN Act") (the "District Court Action").

  2. On June 6, 2019, Defendant filed an Answer to the District Court Action. [Dkt. No. 7].

  3. On June 10, 2019, an involuntary petition was filed against Debtor for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") [Bankr. Case No. 19-11317-LSS].

  4. A suggestion of bankruptcy was filed with this Court on June 17, 2019 [Dkt. No. 9].

  5. On June 18, 2019, Plaintiff filed her class action adversary proceeding complaint for alleged violation of the WARN Act and the CAL-WARN Act (the "Complaint") against

Debtor Live Well Financial, Inc. in the Bankruptcy Court for the District of Delaware [Adv. Proc. No. 19-ap-50262-LSS] (the "Adversary Proceeding").

6. On June 28, 2019, the District Court Action was stayed in light of Debtor's bankruptcy proceeding [District Court Dkt. No. 10]. This Court ordered the parties to submit a status report on August 1, 2019, and every three months thereafter until the parties advise the Court that the stay may be lifted.

7. On July 1, 2019, David W. Carickhoff was appointed as the chapter 7 trustee for the Debtor's bankruptcy estate.

8. Beginning on April 15, 2020, counsel for Plaintiff and the Chapter 7 Trustee entered into a series of stipulations extending the deadline by which Debtor shall answer or otherwise respond to the Adversary Proceeding Complaint [Adv. Dkt. 14, 16, 17, 18].

9. The parties are engaged in preliminary discussions regarding a possible resolution of this action.

DATED:  August 23, 2021

                                          Respectfully submitted,

By:    /s/ *Christopher D. Loizides*
         Christopher D. Loizides (No. 3968)
         **LOIZIDES, P.A.**
         1225 King Street, Suite 800
         Wilmington, Delaware 19801
         Telephone: (302) 654-0248
         Facsimile: (302) 654-0728
         E-mail: loizides@loizides.com

         Jack A. Raisner (admitted pro hac vice)
         René S. Roupinian (admitted pro hac vice)
         **RAISNER ROUPINIAN LLP**
         270 Madison Avenue, Suite 1801
         New York, New York 10016
         Telephone: 212-221-1747
         Email: jar@raisnerroupinian.com

Email: rsr@raisnerroupinian.com

*Attorneys for Plaintiff and the putative Class*

By: */s/ Alan M. Root*
Alan M. Root (No. 5427)
**ARCHER & GREINER, P.C.**
300 Delaware Avenue, Suite 1100
Wilmington, Delaware 19801
Telephone: (302) 777-4350
Facsimile: (302) 777-4352
Email: aroot@archerlaw.com

*General Bankruptcy Counsel for
David W. Carickhoff, Chapter 7 Trustee*